# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ANGELA BEARD**  **PLAINTIFF**

**V.**  **CASE NO.: 3:13CV00278 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**  **DEFENDANT**

## ORDER

Pending is the Commissioner of the Social Security Administration's Unopposed Motion to Remand. (docket entry #12) For good cause shown, the Commissioner's motion (#12) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

DATED this 29th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE