# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**ANGELA BEARD**                                                          **PLAINTIFF**

**V.**                          **CASE NO.: 3:13CV00278 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                        **DEFENDANT**

## ORDER

Plaintiff Angela Beard has moved for an award of attorney's fees under the Equal

Access to Justice Act, 28 U.S.C. § 2412.  (Docket entry #15)  In her motion, Ms. Beard

requests fees and expenses in the amount of $1,738.53.  The Commissioner does not

object to the amount requested.  (#17)

Accordingly, Ms. Beard's motion (#15) is GRANTED, and she is awarded

$1,738.53 in fees and expenses, subject to offset if she has outstanding federal debts.

DATED this 11th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE